ORIGINAL

CC: TT ONLY

Original

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 18 2020

at 4 o'clock and 00 min. P M
SUE BEITIA, CLERK LS

I FP SUBM.

| | |
|---|---|
| BRIAN EVANS | ) Case No. |
| | ) |
| | ) _(to be filled in by the Clerk's Office)_ |
| _Plaintiff(s)_ | ) **CV20  00123 DKW KJM** |
| (Write the full name of each plaintiff who is filing this complaint. | ) |
| If the names of all the plaintiffs cannot fit in the space above, | ) Jury Trial: _(check one)_  ✓ Yes  ☐ No |
| please write "see attached" in the space and attach an additional | ) |
| page with the full list of names.) | ) |
| -v- | ) |
| | ) |
| | ) |
| Gilead Sciences, Inc. | ) |
| DOES 1-10 | ) |
| | ) |
| _Defendant(s)_ | ) |
| (Write the full name of each defendant who is being sued.  If the | ) |
| names of all the defendants cannot fit in the space above, please | ) |
| write "see attached" in the space and attach an additional page | ) |
| with the full list of names.) | ) |

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

   A.    **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Brian Evans |
   | Street Address | 160 Keonekai Road, Unit 25-104 |
   | City and County | Kihei, Maui County |
   | State and Zip Code | Hawaii 96753 |
   | Telephone Number | (808) 276-5235 |
   | E-mail Address | belasvegas@yahoo.com |

   B.    **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Page 1 of 5

Received By Mail
Date 3/18/2020
4

Mailed On
Date 3/19/2020
4J

Defendant No. 1

| | |
|---|---|
| Name | Gilead Sciences, Inc. |
| Job or Title *(if known)* | |
| Street Address | 333 Lakeside Drive |
| City and County | Foster City, San Mateo County |
| State and Zip Code | CA 94404 |
| Telephone Number | 650 574 3000 |
| E-mail Address *(if known)* | brett.pletcher@gilead.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question         ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* BRIAN EVANS                               , is a citizen of the

   State of *(name)* HAWAII                               .

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)*                               , is incorporated

   under the laws of the State of *(name)*                               ,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)*                               , is a citizen of

   the State of *(name)*                               . Or is a citizen of

   *(foreign nation)*                               .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* Gilead Sciences, Inc. , is incorporated under the laws of the State of *(name)* California , and has its principal place of business in the State of *(name)* California .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Defendants medication caused Plaintiff Diffuse Arthralgia. Specifically, arthralgia is a symptom of injury, infection, illness (in particular arthritis), or an allergic reaction to medication. The prescription was prescribed without any blood work or test to see if Plaintiff was a candidate for this medication.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Gilead Sciences, Inc. manufactured medication that I was given my a healthcare provider without any test, blood work, or otherwise. As a result, and as a performer now unable, in part, due to the resulting implications of this medication when Gilead Sciences, Inc. knew there was a safer medication but did not make it available until patents "ran out," the Plaintiff has suffered immeasurable pain and has been unable to perform as is usual. Exhibit A is from a doctor from Kaiser Permanente that confirms the diagnosis and direct relation to this medication as its cause. Plaintiff is a member of Kaiser Permanente in Hawaii, and was prescribed this medication through Kaiser's network at it's Georgia location using Plaintiff's Hawaii insurance while visiting the state. Plaintiff continued to be prescribed it in Hawaii without any blood test or examination.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff is seeking $1,000,000 in damages as a direct result of the injuries and loss of work, in part, due to this medication by Gilead Sciences. Plaintiff seeks punitive and/or exemplary damages as the jury sees fit. The medicine has made me unable to perform as an artist as I was previously able to. See Exhibit A. Defendants Gilead knew when the drug was approved in 2001 that it had to be given in high doses to be effective, which meant it could damage the kidneys and bones. Yet the company failed to adequately disclose those dangers in the medicine's label, the lawsuits say. Defendants had a new, safer drug, and failed to release it in their efforts to run out the patent before Truvada became generic.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:         03-16-2020

Signature of Plaintiff

Printed Name of Plaintiff        Brian Evans

**B.    For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address