IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

BRIAN EVANS,

    Plaintiff

vs.

GILEAD SCIENCES, INC, et al

    Defendants

CASE NO. 20-CV-00123-DKW-KJM

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JUL 17 2020
at 10 o'clock and 45 min. A M
CLERK, U.S. DISTRICT COURT

## PLAINTIFFS EMERGENCY MOTION TO STRIKE DEFENDANTS REPLY TO PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO DISMISS & MOTION FOR SANCTIONS FOR PERJURY

### (Or, In the Alternative, Plaintiff's Motion for Reconsideration if Defendants Reply Motion was Ruled Upon Prior to this Emergency Motion being received by the Court due to Postal Delays related to COVID)

Plaintiff, Brian Evans, Pro Se, prays this Court will Strike the Defendants Reply to Plaintiff's Opposition to Defendants Motion to Dismiss.

As the Plaintiff clearly stated in his Motion to Dismiss, he is currently in discussions with various attorneys who want to take this case, especially given a doctor's note that conclusively links their product to the Defendants.

As a Pro Se litigant, the Plaintiff has adequately demonstrated harm has been done, and Discovery and Evidence to be provided to the Court in during this case will prove as such. To ask the Court to dismiss the case *with prejudice*, knowing their product, by a doctor, has been linked to his injuries is simply preposterous and in

Received By Mail Date 7/17/2020

Mailed On Date 7/17/2020

line with what *thousands* of others cases against them allege, and for which numerous courts, frankly all of them, have rejected.

Defendants also did not serve the Reply to the Plaintiff in any fashion and was only able to see it had been filed through his account with Pacer.

The Reply must be struck for non-service, and the case should be allowed to proceed. As the Plaintiff has stated, the Plaintiff will be engaging an attorney shortly to enter this case, which they are willing to do on contingency. In the meantime, Plaintiff will continue to follow the Rules of Civil Procedure in this case. Prior to this singular filing by the Defendants, they emailed their motions on the same day of filing, but failed to do so, only because Your Honor made it clear He would Rule without a hearing. As this Honorable Court is likely aware, it is unprecedented that a doctor actually writes a letter on hospital letterhead that directly links a product to a Defendant's injuries as has occurred in this case.

The Court must Order compel proof from the Defendants that they "sent via email" this Reply to Plaintiff's Opposition via email as they claimed to have done in their Reply. They never did so, and therefore perjured themselves before this Court and by claiming to do so *on July 15th, 2020* which they did not do, contrary to their Proof of Service, nor even on this day Plaintiff is filing.

This Honorable Court knows full well that the Defendants, had I signed a Proof of Service that I emailed a Motion I filed, that the Defendants would be sending this very same request. Plaintiff also hasn't received it via mail, but this is not the point. The Proof of Service filed with the Reply specifically states the Proof of Service was emailed to me and it was not, and Plaintiff requests this Court Compel the Defendants to show that any of the three attorneys they have representing this

case ever sent me such an email with this Motion for which I am objecting to for lying to this Honorable Court when stating it served Plaintiff via email or mail.

Their Reply must be struck for this, and my case allowed to proceed.

Regards,

*[signature]*

Brian Evans

7/16/2020

## PROOF OF SERVICE

A copy of Plaintiffs PLAINTIFF'S MOTION TO STRIKE DEFENDANTS REPLY TO PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO DISMISS (Or, In the Alternative, Plaintiff's Motion for Reconsideration if Defendants Reply Motion was Ruled Upon Prior to this Emergency Motion being received by the Court due to Postal Delays related to COVID) has been mailed prepaid US Postage to, on this 16th day of July, 2020`:

Joshua E. Anderson

Sidley Austin LLP

555 West Fifth Street

Suite 4000

Los Angeles, CA 90013,


Alycia A. Degen

Sidley Austin LLP

555 West Fifth Street

Suite 4000

Los Angeles, CA 90013,


Stefan M. Reinke

Lyons Brandt Cook & Hiramatsu

Davies Pacific Center

841 Bishop Street

Suite 1800

Honolulu, Hawaii 96813,

All counsel for the Defendants.

Served under Penalty of Perjury on this 16th day of July, 2020

_____

BRIAN EVANS