ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

BRIAN EVANS,

    Plaintiff

vs.

GILEAD SCIENCES, INC.,

    Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 4 2020

at __1__ o'clock and __45__ min. __P__ M
MICHELLE RYNNE, CLERK

Case No. 20-cv-00123-DKW-KJM

## MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff, BRIAN EVANS, in addition to medical issues caused by the Defendant, has now had two failed hernia surgeries. Interisland restrictions and constant cancelations of surgery have caused Plaintiff serious pain in addition to what he has already been facing, all while trying to maneuver around COVID-19.

Plaintiff also intends to join a class action lawsuit against the Defendants given a firm that specializes in my claims is better equipped to handle my claim than myself as a Pro Se litigant. The thousands of lawsuits against the Defendants that have not been dismissed confirm that the Defendants obviously have much to answer for, or judges around the world would not be allowing these cases to go forward. The Plaintiff should not be deprived his rights or justice from his physical consequences suffered at the hands of the Defendants because he is not an attorney.

Attached as **Exhibit A** is a letter regarding my hernia surgeries which are not allowing me to adequately proceed with this case as I attempt to reschedule and currently am receiving treatment for failed hernia surgeries, and I ask this Honorable Court not punish me for my illnesses that have been caused by the defendants, and even the mesh in my hernia surgeries, and now the inter-island travel issues that are making it difficult to coordinate with the surgeon for what will be my third hernia surgery, and that is aside from the continued medical treatment the Defendants medication will result in now and thereafter.

Received By Mail
Date 9/14/2020

**Exhibit B** is a letter that was filed in the Original Complaint, by a licensed physician, which should confirm to this Court by the indisputable outcome of that physician that the Defendants medication is a direct result of Plaintiff's injuries, that this case was never a frivolous case.

Plaintiff is on Medicaid and cannot afford an attorney without joining the class action case currently against the Defendant.

Respectfully,

*/s/ Brian Evans*

BRIAN EVANS

9/10/2020