# EXHIBIT A



Brian Evans          9/9/2020

MAUI LANI MEDICAL OFFICE
INTERNAL MEDICINE
55 MAUI LANI PARKWAY
WAILUKU HI 96793
808-243-6000
808-243-6050

To whom it may concern,

Brian Evans is currently undergoing treatment for issues regarding his left inguinal hernia. He is awaiting follow up appointments with General Surgery and due to COVID pandemic limitations with travel restrictions, he has still yet to confirm his follow up visits.

If you have any questions on the matter, do not hesitate to contact me.

Physician / Practitioner's Signature:
Electronically Signed by: ERROL T BUNTUYAN MD, 9/9/2020

**KAISER PERMANENTE**

MRN: 9424855

4/10/2019

To:

USCIS
Nebraska Service Center
P.O. Box 82521
Lincoln, Nebraska 68501-2521

RE: Brian Evans Request for Expedited Spousal Visa Petition - Receipt Number LIN1990279662

To whom it may concern:

I am the primary physician for Brian Evans.

Unfortunately, Mr. Evans has had to endure two surgeries which have not corrected his hernia issue, and treatment is urgently necessary.

I request that you permit the expedited processing of his spousal visa request so that he can return to the United States for treatment, which may require a third surgery to correct his hernia issue. There is a tremendous forseeable stress in traveling such a long distance while attempting to handle his spouse's visa which could be detrimental to his overall health.

Sincerely,

ERROL T BUNTUYAN MD

MAUI LANI MEDICAL OFFICE
FAMILY MEDICINE
55 Maui Lani Parkway
Wailuku HI 96793
Dept Phone: 808-243-6000
kp.org