# EXHIBIT B

# Kaiser Permanente

ATHENS MEDICAL OFFICE INTERNAL MEDICINE
2142 West Broad Street
Athens GA 30606-3546

Encounter Date: 7/18/2019

Patient: Brian Evans
Health Record Number: 2155963

To Whom It May Concern:

Brian Evans was seen in our office on 7/18/19. He has diffuse arthralgia secondary to use of the medication Truvada. He had no previous history of multi-joint pain prior to taking the prescription. He should avoid long air travel as this could exacerbate his condition.

Sincerely,

Daniel C Grizzle, MD