# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

BRIAN EVANS,

    Plaintiff

vs.

GILEAD SCIENCES, INC.,

    Defendant

Case No. 20-cv-00123-DKW-KJM

## PROOF OF SERVICE

A copy of this Motion to Dismiss without Prejudice has been mailed to the attorneys of record on this 10th day of September 2020 to the Defendants counsel of record via prepaid US Mail to:

Joshua E. Anderson

Sidley Austin LLP

555 West Fifth Street,

Suite 4000

Los Angeles, CA

90013

(213)8966000 (213)8966600(fax)

janderson@sidley.com,

Alycia A. Degen

Sidley Austin, LLP

555 West Fifth Street,

Suite 4000

LosAngeles,CA 90013

o/b/o Gilead Sciences, Inc. (Counsel for Defendant(s)

Stefan M. Reinke

Lyons, Brandt, Cook & Hiramatsu

Davies Pacific Center

841BishopStSte1800

Honolulu,Hi 96813,

(Counsel for Defendant(s))

Signed,

_____
BRIAN EVANS

9/16/20