Brian Evans
160 Keonekai Road - Unit 25-104
Kihei, Maui, Hawaii 96753



**RECEIVED**
CLERK, U. S. DISTRICT COURT
SEP 14 2020
DISTRICT OF HAWAII

Clerk of The Court
US District Court of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850